IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dial Manufacturing, Inc., an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PPS Packaging Company, a California corporation,<br><br>　　　　　Defendant. | Lead No. CV-10-399-PHX-GMS<br>**Consolidated with:**<br>No. CV-10-831-PHX-GMS<br>No. CV-10-864-PHX-GMS |
| Dial Manufacturing, Inc., an Arizona corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>USASIA CO., LLC, an Arizona limited liability company; and Jerry Chun Fan and Lei Bao, husband and wife,<br><br>　　　　　Defendants. | **ORDER** |

| |
|---|
| Dial Manufacturing, Inc., an Arizona corporation, <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> Essick Air Products, Inc., an Arkansas corporation; and Champion Cooler Corp., a Texas corporation, <br><br> Defendants/Counterclaimants |

Pursuant to the parties' Stipulation for Dismissal (Doc. 69),

**IT IS ORDERED** that this matter be dismissed with prejudice, consistent with the terms of the executed Settlement Agreement between the parties, pursuant to Fed. R. Civ. P. 41.  Each party shall bear its own attorneys' fees and costs incurred in connection with this matter.  The Clerk of Court is directed to terminate this matter.

Dated this 29th day of January, 2013.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge

- 2 -